IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PAUL ROSBERG and KELLY ROSBERG, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Magistrate Judge Gossett's findings and recommendation. (Filing 16.) The defendants did not file a statement of objections. The magistrate recommends that defendants' motion to dismiss indictment "be dismissed and any issues raised in the motion be deemed abandoned for violation of Local Rule of the United States District Court for the District of Nebraska 12.3(b)(1)."[1]  (*Id*. at CM/ECF p. 2.)

    I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the magistrate judge's findings and recommendation should be adopted and the defendants' motion to dismiss indictment should be denied.

---

    [1]I note that defendant Paul Rosenberg filed another motion to dismiss and motion for evidentiary hearing on October 1, 2012. (Filing 24.) In this motion, defendant Paul Rosenberg seeks to address the deficiencies that led the magistrate judge to recommend denial of defendants' motion to dismiss indictment. (*Id*. at CM/ECF p. 1.) I will await the magistrate judge's findings and recommendation with regard to this motion.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 16) is adopted.

2. The defendants' motion to dismiss indictment (filing 5) is denied in all respects.

DATED this 10th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.