IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>              Plaintiffs,           )<br>                                                              )           8:12CR271<br>       vs.                                          )<br>                                                              )<br>PAUL ROSBERG,                           )           Order<br>                                                              )<br>              Defendants.           )<br>                                                              ) | |

Before the Court is the request for transcript of hearing held on September 19, 2012 [48].

IT IS ORDERED:

1. The request for transcript, filing [48] is granted.

2. Paul Rosberg, is ordered to pay to the Clerk of Court the amount of $92.15. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $92.15, a refund check will be issued.

3. Upon receipt of this fee, the Court Reporter is ordered to prepare a transcript of the hearing held on September 19, 2012.  A paper copy of the transcript shall be mailed to the requestor.  A copy of this order should also be mailed to the requestor.

Dated: December 12, 2012.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge