IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

To accommodate Mr. Wheelock, who has a previously scheduled immigration hearing in the afternoon on Monday, February 11, 2013, involving a party who has been detained,

IT IS ORDERED that the trial of this case will recess at noon on Monday, February 11, 2013, and recommence at the regularly scheduled time on Tuesday, February 12, 2013. In addition to providing all counsel with notice of this order, the Clerk shall also provide Mr. Rosberg with a copy of this order. Henceforth, the Clerk is ordered to provide Mr. Rosberg with a copy of any order, memorandum and order, or other document issued by the Court.

DATED this 22nd day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge