IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS ORDERED that a hearing where all defendants and all counsel shall be present is set for tomorrow, Friday, January 25, 2013, at 1:30 p.m., in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to discuss trial scheduling given the filing of a superseding indictment on this date.

   DATED this 24th day of January, 2013.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge