IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR271 |
| V. | ) | |
| PAUL ROSBERG and KELLY ROSBERG, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that the defendant's motion for continuance of hearing (filings 82 and 82) are denied.

DATED this 21st day of March, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge