IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| PAUL ROSBERG and | ) | |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The parties shall have until April 23, 2013, to file briefs regarding any requirement under state or federal law that a participant in a telephone conversation provide notice to other participants that the conversation is being recorded.

2. The government's deadline for filing a bill of particulars is extended to April 23, 2013.

3. The government's deadline for responding to any outstanding defense motions is extended to April 23, 2013. The defendants may also file supplemental briefs by such date.

4. The defendants shall provide reciprocal discovery and file any motion to compel discovery on or before May 24, 2013.

5. The government shall file its exhibit list on or before August 12, 2013.

6. The defendants shall file any motion in limine on or before August 26, 2013.

April 8, 2013.                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge