IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   IT IS ORDERED that the defendants' motion for reconsideration of the court's order on destruction of evidence (filing 130) is denied.

   DATED this 9th day of April, 2013.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge