IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL ROSBERG and | ) | |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1.  Filings 85 and 87, duplicate motions filed by defendant Kelly Rosberg requesting various relief, are denied except to the limited extent that Kelly Rosberg was granted leave to join in defendant Paul Rosberg's motion to dismiss (filing 75), which motion was heard by the court on March 22 and 25, 2013, and denied in a Memorandum and Order entered on March 29, 2013 (filing 122).

2.  Filing 89, the defendants' Motion to Compel Discovery,[1] is denied in all respects; however, the court has indicated that the defendants may file another motion to compel discovery on or before May 24, 2013. See Scheduling Order entered on April 8, 2013 (filing 129).

3.  Filing 92, the defendants' Motion to Dismiss Indictment and Motion to Have a Preliminary Hearing, is denied in all respects.[2]

---

[1] Although signed only by Paul Rosberg, the court has considered this motion as a joint filing by both defendants.

[2] The court notes that filing 92 is duplicative of filing 24, which was previously denied. See Memorandum and Order entered on November 8, 2012 (filing 36).

4. Filing 94, the defendants' Motion to Dismiss Criminal Case Because of Lack of Evidence and Credibility of Witnesses, is denied in all respects.

5. Filing 96, the defendants' Motion to Quash and Motion to Have Magistrate Judge's Arraignment Voided, is denied in all respects.

6. Filing 98, the defendant's Motion of Request to Be Allowed to Have Russ Mayer and Michael Nelson as Witnesses in Hearing and Motion to Have Witnesses Sequestered for All Hearings and Trial, is denied in all respects.[3]

7. Filing 100, the defendants' Motion for Reconsideration of the Court's Order Dismissing Motion for Continuance, is denied in all respects.[4]

8. Filing 108, the defendants' Motion that the Court Make a Ruling on the Actual Meaning of the Law, is denied in all respects.

9. Filing 110, the defendants' Motion to Prevent Mayer and Nelson to Conspire Together Against the Falsely Accused, is denied in all respects.

DATED this 29th day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[3] The court did sequester witnesses during recent hearings on the defendants' motions, but for any subsequent hearings and trial it will not do so unless a new request is made at the time of the hearing or trial.

[4] Although signed only by Paul Rosberg, the court has considered this motion as a joint filing by both defendants.