IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL ROSBERG and | ) | |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendants' motion to compel discovery (filing 147) is denied in all respects.

DATED this 25th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-