IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | MEMORANDUM |
| KELLY ROSBERG, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Mr. and Mrs. Rosberg were arraigned today on the second superseding indictment. Mrs. Rosberg entered a plea of not guilty. Mr. Rosberg refused to enter a plea, so I entered a plea of not guilty for him. We then discussed matters pertinent to further progression of this case. I slightly changed some deadlines, and I adopted other deadlines. To make the record clear,

IT IS ORDERED that:

1. Mr. and Mrs. Rosberg are advised, again, that their decision to represent themselves may not be in their best interests. Upon a proper showing of financial need, separate counsel will be appointed for one or both of them if a timely request is made. Such a request should be made by any person seeking counsel no later than Monday, September 9, 2013. The appointment of standby counsel remains in full force.

2. A jury trial of this matter (for no more than 12 trial days) will commence in Omaha, Nebraska, in the Special Proceedings Courtroom, at 9:00 A.M. on Wednesday, October 2, 2013.

3. No additional discovery is allowed except upon order of the court.

4.  No later than Monday, August 19, 2013:

    A.  The government shall provide Mr. and Mrs. Rosberg with photocopies of the meat packages and associated packing material regarding the meat referred to in Counts 7 through 9 of the second superseding indictment.

    B.  Upon making suitable arrangements with counsel for the government, Mr. and Mrs. Rosberg may again physically inspect the meat referred to in Counts 7 through 9 of the second superseding indictment.

    C.  Counsel for the government shall provide Mr. and Mrs. Rosberg with a completed exhibit list relating to the government's case-in-chief.

    D.  Counsel for the government shall advise the court and Mr. and Mrs. Rosberg whether the government will seek another superseding indictment to correct the apparent scrivener's error in Count 9.

DATED this 6th day of August, 2013.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  Senior United States District Judge