IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendants' motion for protection order and request for hearing (filing 186) and the defendants' motion to dismiss second superseding indictment and request for hearing (filing 188) are denied.

DATED this 13th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge