IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Because this case is relatively complex, because the defendants are representing themselves, and because trial is scheduled to commence on October 2, 2013, I decided to prepare a first discussion draft of jury instructions for consideration by counsel for the government, Mr. and Mrs. Rosberg, and standby counsel for Mr. and Mrs. Rosberg. That first discussion draft is attached hereto.

IT IS ORDERED that the Clerk shall file this order and the attached first discussion  draft of jury instructions, provide notice to counsel of this filing and provide Mr. and Mrs. Rosberg with a copy of this order and the first discussion draft of jury instructions. In addition to mailing a copy to Mr. Rosberg's home address, a copy shall also be mailed to Mr. Rosberg at the address provided by the United States Marshal Service since Mr. Rosberg is presently in custody.

DATED this 16th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge