IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF IMMUNITY** |
| PAUL ROSBERG, KELLY ROSBERG, | ) | |
| Defendants. | ) | |

The United States of America by its attorney, Deborah R. Gilg, United States Attorney for the District of Nebraska, and Russell X. Mayer, Assistant United States Attorney for the District of Nebraska, having moved the Court for an Order requiring Noah Jones to give testimony pursuant to Title 18, United States Code, Sections 6002 and 6003, at the federal trial in the case of <u>United States v. Paul and Kelly Rosberg</u>, 8:12CR271, and to provide such information at any other proceeding ancillary to the above-styled matter, and being advised that the request for immunity was approved by a Deputy Assistant Attorney General of the Criminal Division, United States Department of Justice, on September 6, 2013, and that the testimony and other information from this witness may be necessary to the public interest, and furthermore, such individual is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination, it is hereby,

ORDERED, ADJUDGED and DECREED that Noah Jones be required to testify and provide other information at the federal trial in the case of <u>United States v. Paul and Kelly</u>

Rosberg, and to provide such information at any other proceeding ancillary to the above-styled matter.

Provided, that said Noah Jones is hereby granted immunity from the use against him in any criminal case of any testimony or other information compelled under such Order, or any information directly or indirectly derived from such testimony or other information, except that the above does not immunize said Noah Jones against charges of perjury, giving a false statement or otherwise failing to comply with the Order of the Court.

DATED this 17th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge