IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  IT IS ORDERED that Defendant Kelly Rosberg's motion to continue trial (filing 195) is denied.

  DATED this 19th day of September, 2013.

          BY THE COURT:

          *Richard G. Kopf*
          Senior United States District Judge