IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

I have previously distributed a First discussion draft of the Final Jury Instructions. I will now distribute a Second discussion draft of Final Jury Instructions. I have revised Final Instruction Nos. 21 and 24 to conform to the allegations of Counts III and IV of the Second Superseding Indictment. That is, the beginning date for the alleged offenses is changed from September 22 to September 19, 2011.

Furthermore, I have completed drafting Preliminary Jury Instructions using my stock instructions together with Exhibit A which outlines the essential elements of the charges. I will now distribute those preliminary jury instructions.

IT IS ORDERED that the Clerk shall file this order and the attached Second discussion draft of Final Jury Instructions and the attached Preliminary Jury Instructions including Exhibit A. The Clerk shall provide notice to counsel of this filing and provide Mr. and Mrs. Rosberg with a copy of this order and both attachments. In addition to mailing a copy to Mr. Rosberg's home address, a copy shall also be mailed to Mr. Rosberg at the address provided by the United States Marshal Service since Mr. Rosberg is presently in custody.

DATED this 24th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge