IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and | ) | ORDER |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. All counsel and each defendant shall appear before me at 8:00 AM on Wednesday, October 2, 2013, in the Special Proceedings Courtroom in Omaha to (a) take up pretrial motions; (b) to discuss matters of "hybrid representation" (see filing no. 192); (c) to discuss positioning of the defendants should they testify; and (d) to take up such further matters as may be required.

2. My jury orientation will start at 9:00 AM on Wednesday, October 2, 2013, in the Special Proceedings Courtroom.

3. Voir dire is expected to begin at 10:30 AM on Wednesday, October 2, 2013.

4. After the first day of trial, and unless otherwise ordered, normal trial hours will be 9:00 AM to 12:00 noon and 1:15 PM to 4:45 PM, with a 15 minute break in the morning and a 15 minute break in the afternoon.

5. The Clerk shall hand deliver a copy of this Order to the United States Marshals Service.

DATED this 26th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge