IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PAUL A. ROSBERG and | ) | |
| KELLY ROSBERG, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the United States of America and Kelly Rosberg are ordered to respond to the motion to modify (filing 234) no later than 12:00 noon on Friday, December 20, 2013.

Dated December 17, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge