IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG and KELLY ROSBERG, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the conditions of release are modified, and the previously entered Memorandum and Order (filing no. 227) is rescinded. Paul Rosberg may have contact with Kelly Rosberg and or his children if such contact is otherwise lawful but he must abide by any state court order with respect to the custody of the children. The Motion to Modify Conditions of Release and Rescind Order (filing no. 234) is granted as provided herein but otherwise denied. The Clerk shall mail a copy of this Order to Mr. Rosberg. The Clerk shall also give notice of this Order to counsel for the government and to counsel for Paul Rosberg and Kelly Rosberg.

    DATED this 20th day of December, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge