IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR271 & 8:13CR341 |
| | ) | |
| V. | ) | |
| | ) | |
| PAUL ROSBERG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Judgment in 8:12CR271 provided in pertinent part as follows:

    Pursuant to 18 USC section 3006A(f), the defendant shall reimburse the Criminal Justice Act Fund for all payments finally determined and approved for legal assistance (including fees and expenses) rendered by Mr. Horacio Wheelock to the defendant in 8:12CR271 and 8:13CR341. This obligation is imposed for services rendered by Mr. Wheelock as standby counsel and as regular counsel. The defendant shall pay the total sum due no later than 30 days after all payments have been finally determined and approved and the total amount due and payable becomes known. The defendant shall make his payment to the Clerk of the District Court for credit to Fund 14092300. Should there be any dispute about the precise and total amount due, the amount certified to the Clerk by the Federal Public Defender for the District of Nebraska, the administrator of the CJA panel for the District of Nebraska, shall govern. This obligation constitutes a judgment against the defendant and his real and personal property. The failure to make the required payment in a timely fashion constitutes a violation of supervise release and/or contempt of court.

    I have been advised by the Federal Public Defender for the District of Nebraska that Chief Judge Riley has now approved for payment the vouchers submitted by Mr. Wheelock in the amounts set forth below. Therefore, and to clarify the record,

IT IS ORDERED that:

1. Regarding 8:12CR271, Paul Rosberg shall pay the sum of $25,813.92 (equaling approved fees and expenses of Mr. Wheelock under the Criminal Justice Act) to the Clerk of this Court. Said payment is due no later than 30 days from this date.

2. Regarding 8:13CR341, Paul Rosberg shall pay the sum of $3,344 (equaling approved fees and expenses of Mr. Wheelock under the Criminal Justice Act) to the Clerk of this Court. Said payment is due no later than 30 days from this date.

3. The Clerk shall provide the Clerk of the United States Court of Appeals for the Eighth Circuit with a copy of this Order.

4. The Clerk shall mail a copy of this Order to Mr. Rosberg and to the Federal Public Defender for the District of Nebraska

5. The Clerk shall give notice of the entry of this Order to counsel of record.

DATED this 6th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge