IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Paul Rosberg,<br><br>        Defendant.,<br><br>And<br><br>Farmers & Merchants Bank,<br><br>        Garnishee. | 8:12CR271 |

ORDER TO ISSUE WRIT OF
GARNISHMENT

      This matter comes before this Court on the Application For Writ of Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Garnishment against Farmers & Merchants Bank, the garnishee, and for good cause shown,

      IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against Farmers & Merchants Bank, whose address is P.O. Box 69, Bloomfield, NE 68718.

      DATED this 22nd day of May, 2014.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        Senior United States District Judge