IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PAUL ROSBERG, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for reconsideration (filing 297) is denied.

   Dated May 29, 2014.

                               BY THE COURT:

                               *Richard G. Kopf*
                               Senior United States District Judge