IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR271-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| PAUL ROSBERG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has carefully reviewed Defendant's Rule 60(b) motion (filing 303) and Defendant's motion objecting to garnishment of funds (filing 307) and finds both motions to be without merit.  Accordingly,

IT IS ORDERED:

1. Defendant's Rule 60(b) motion (filing 303) is denied; and

2. Defendant's motion objecting to garnishment of funds (filing 307) is denied.

DATED this 14th day of July, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge