IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>PAUL ROSBERG,<br><br>            Defendant. | 8:12CR271<br><br>ORDER TO RELEASE GARNISHMENT |

      This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Farmers & Merchants Bank, and for good cause shown,

      IT IS HEREBY ORDERED that the garnishment against Farmers & Merchants Bank is released.

      DATED this 14th day of August, 2014.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                       Senior United States District Judge