IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>PAUL ROSBERG,<br><br>                    Defendant. | 8:12CR271<br><br>**ORDER** |

    Defendant Paul Rosberg appeared before the court on July 24, 2015 on a Petition for Warrant for Offender Under Supervision [325].  The defendant was represented by retained counsel Glenn Shapiro and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government moved for detention.  A combined Preliminary Hearing and Detention Hearing were held on July 31, 2015.  The government's motion for detention is denied.  Therefore, the defendant will be released on current conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

    **IT IS ORDERED:**

    1.    A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 25, 2015 at 10:00 a.m.  Defendant must be present in person.

    2.    The defendant is to be released on current conditions of supervision.


    Dated this 31st day of July, 2015

                                                                    BY THE COURT:

                                                                     s/ F.A. Gossett, III
                                                                     United States Magistrate Judge