IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No: 8:12CR271 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO WITHDRAW** |
| vs. | ) | **EXHIBITS OR TO SHOW** |
| | ) | **CAUSE WHY EXHIBITS** |
| PAUL ROSBERG, KELLY ROSBERG | ) | **SHOULD NOT BE DESTROYED** |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant Exhibits 101 through 133 from hearings held on March 22 and 25, 2013.

Defendant Exhibit 101 from Motion Hearing held on 4/5/2013.

Defendant Exhibit 1 from in Court Hearing held on 11/22/2013.

Defendant Exhibit 1 through 4 from in Sentencing Hearing held on 12/27/2013.

Plaintiff Exhibits 1 and 2 from Preliminary and Detention Hearing held on July 31, 2015.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 7th day of December, 2015.

BY THE COURT:
s/ Richard G. Kopf
Senior United States District Judge